**1**

J. C. NELSON v. STATE. (No. 11894.) Court of Criminal Appeals of Texas. May 23, 1928. Appeal from District Court, Potter County; Henry S. Bishop, Judge. Clark Wills, of Amarillo, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for swindling; punishment, two years in the penitentiary. The indictment charges the offense, and is followed by the judgment and sentence. The record contains neither a statement of facts nor bills of exception. No error appearing, the judgment will be affirmed.

---

**2**

Odis NICHOLS v. STATE. (No. 11656.) Court of Criminal Appeals of Texas. May 23, 1928. Appeal from District Court, Taylor County; M. S. Long, Judge. Oliver Cunningham, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for driving an automobile on a public road while intoxicated; punishment, 60 days in the county jail. Neither bills of exception nor statement of facts appear in the record. The indictment is regular, and is followed by the charge of the court, the judgment, and the sentence. No error appearing, the judgment is affirmed.

---

**3**

D. L. PAYNE v. STATE. (No. 11895.) Court of Criminal Appeals of Texas. May 23, 1928. Appeal from District Court, Potter County; Henry S. Bishop, Judge. See, also, 100 Tex. Cr. R. 241, 272 S. W. 788. L. A. Wicks, of Ralls, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for manslaughter; punishment being two years in the penitentiary. The indictment was returned in Crosby county, and alleged the killing to have occurred in 1923. The venue was changed to Randall county, and again changed to Potter county, where trial was had. No statement of facts nor bills of exception are found in the record. In such condition, nothing is presented for review. The judgment is affirmed.

---

**4**

B. R. SMITH v. STATE. (No. 11873.) Court of Criminal Appeals of Texas. May 9, 1928. Appeal from District Court, Taylor County; M. S. Long, Judge. Carlos D. Speck, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

---

**5**

Rush STELL v. STATE. (No. 11918.) Court of Criminal Appeals of Texas. May 30, 1928. Appeal from District Court, Montague County; Vincent Stine, Judge. Roy J. Daniel, of Wichita Falls, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J., Conviction is for burglary, punishment being three years in the penitentiary. The record contains neither statement of facts nor bills of exception. In this condition, nothing is presented for review. The judgment is affirmed.

---

**6**

Norman STEPHENSON v. STATE. (No. 11776.) Court of Criminal Appeals of Texas. May 16, 1928. Appeal from District Court, Red River County; R. J. Williams, Judge. T. T. Thompson, of Clarksville, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The order dismissing the case is set aside, the opinion is withdrawn, and the appeal is reinstated. The offense is aggravated assault; punishment fixed at a fine of $100 and confinement in the county jail for a period of six months. We find no statement of facts nor bills of exceptions. In the motion for new trial there are complaints of the rulings of the court upon the receipt of evidence; also of the refusal to grant the motion upon the ground of newly discovered evidence. The ignorance of this court touching the testimony that was before the trial judge at the time he made the rulings of which complaint is made renders it impossible to determine whether the complaints are meritorious or not. The judgment is affirmed.

---

**7**

Santos VALDEZ v. STATE. (No. 11763.) Court of Criminal Appeals of Texas. May 9, 1928. Appeal from District Court, Guadalupe County; Lester Holt, Judge. F. E. Knetsch, of Seguin and W. C. Williams, of San Antonio, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for burglary; punishment, five years in the penitentiary. The record is here without bills of exception or statement of facts. The indictment is in conformity with the statute, and is followed by the charge of the court. The judgment and sentence are sufficient. No error appearing, the judgment will be affirmed.

---

**8**

Ben WILLRICH v. STATE. (No. 11707.) Court of Criminal Appeals of Texas. May 30, 1928. Appeal from Williamson County Court; E. M. Grimes, Jr., Judge. Shelton & Shelton, of Austin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for unlawfully carrying a pistol; punishment being a fine of $100. Neither statement of facts nor bills of exception are found in the record. In this condition, nothing is presented for review. The judgment is affirmed.